# Court of Appeals
# of the State of Georgia

ATLANTA,  April 08, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0411. ARDALAN KARBASYOUN v. FOAMWORKS ALPHARETTA, LLC.

Ardalan Karbasyoun brought an action for negligence and other claims against Foamworks Alpharetta, LLC, in connection with damage he alleged his vehicle sustained at a car wash service. After the trial court entered a final judgment in favor of Foamworks Alpharetta, Karbasyoun filed this timely application for discretionary appeal. Because Karbasyoun had a right of direct appeal, we grant the application.

Under OCGA § 5-6-34(a)(1)(B), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35." Given that the order Karbasyoun seeks to appeal disposed of the entire case, it constitutes a final order. See *Yanes v. Escobar*, 362 Ga. App. 896, 897 (870 SE2d 506) (2022) ("an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court") (citation and punctuation omitted). Consequently, Karbasyoun has a right of direct appeal from that order. See OCGA § 5-6-34(a)(1)(B).

This Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35(j). Accordingly, this application is hereby GRANTED. Karbasyoun shall have ten days from the date of this order to

file a notice of appeal with the trial court, if he has not already done so. See OCGA § 5-6-35(g). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  04/08/2026*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*